Case 3:07-cv-50220   Document 4   Filed 11/06/2007   Page 1 of 2

**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 50220**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Ultrasonic Power Corporation, )<br>an Illinois corporation, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　　　vs. )<br>　　　　　　　　　　　　　　　 )<br>Crest Ultrasonics Corp., )<br>a New Jersey corporation, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Defendant. ) | Case No. _____ |

**NOTICE OF CLAIM INVOLVING TRADEMARK**

To comply with Local Rule 3.4, notice is hereby given that the above entitled action raises for the first time a claim arising under the trademark laws of the United States (U.S. Code, Title 15). The information required by 15 U.S.C. §1116(c), and other identifying information, for each federally registered trademark is as follows:

Name and Address of the Plaintiff:

Ultrasonic Power Corporation
239 E. Stephenson Street
Freeport, Illinois 61032

Name and Address of the Defendant:

Crest Ultrasonics Corp.
P.O. Box 7266
Scotch Road
Trenton, New Jersey 08628

Designating Number of the Registration (and other identifying information):

| | |
|---|---|
| Mark: | VIBRA-BAR |
| Owner: | Ultrasonic Power Corporation |
| Reg. No.: | 1,347,440 |
| Reg. Date | July 9, 1985 |
| Ser. No. | 73,506,519 |
| Filing Date: | October 31, 1984 |
| Register: | Principal |

Dated this 6th day of November, 2007.

Respectfully submitted,

By s/ William H. Dietrich
William H. Dietrich
Jeffery J. Makeever
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren P.C.
2215 Perrygreen Way
Rockford, IL 61107
Telephone:  815/633-5300