**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 50220**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Ultrasonic Power Corporation,  )<br>an Illinois corporation,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Crest Ultrasonics Corp.,  )<br>a New Jersey corporation,  )<br>  )<br>  Defendant.  ) | Case No. _____ |

**NOTIFICATION OF AFFILIATES**

To comply with Local Rule 3.2, plaintiff Ultrasonic Power Corporation, a non-governmental corporate party, states by and through its undersigned counsel that it has no entity owns more than 5% of the corporation and, therefore, the plaintiff has no publicly held affiliates.

Dated this 6th day of November, 2007.

Respectfully submitted,

By_____
William H. Dietrich
Jeffery J. Makeever
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren P.C.
2215 Perrygreen Way
Rockford, IL 61107
Telephone: 815/633-5300

MW\1473533WHD:WHD 11/05/07