# United States District Court for the Northern District of Illinois

Case Number: __07 C 50220__    Assigned/IssuedBy: _____/s/_____

---

## FEE INFORMATION

**Amount Due:**   ☒ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __350—__    Receipt #: __231406 5__

Date Paid: __11-6-07__    Fiscal Clerk: __/s/__

---

## ISSUANCES

**Type Of Issuance:**

☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

FILED
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Original and __0__ copies on __11-6-07__ as to __deft__
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm   01/01

Copy to Judge Kapala