UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Ultrasonic Power Corporation, | ) | |
| an Illinois corporation, | ) | |
| | ) | Case No. 07-CV-50220 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Crest Ultrasonics Corp., | ) | |
| a New Jersey corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To: Clerk of Court
United States District Court
Northern District of Illinois
Western Division
211 South Court Street
Rockford, IL 61101

    PLEASE TAKE NOTICE that I will be one of the attorneys appearing for Plaintiff Ultrasonic Power Corporation in this action. I request that copies of all notices and other papers in this action also be served upon me at the address below.

    Dated this 7th day of February 2008.

    Respectfully submitted,

By /s/ Amy L. Lindner
Amy L. Lindner
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone: (414) 298-1000
alindner@reinhartlaw.com

MW\1500136