Int. Cl.: 9

Prior U.S. Cl.: 21

## United States Patent and Trademark Office

Reg. No. 1,347,440
Registered July 9, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## VIBRA-BAR

ULTRASONIC POWER CORPORATION (ILLINOIS CORPORATION)
MERCER COUNTY AIRPORT
TRENTON, NJ 08628

FOR: ULTRASONIC CLEANING SYSTEM COMPONENTS, NAMELY, TRANSDUCERS AND TANKS, IN CLASS 9 (U.S. CL. 21).

FIRST USE 3-0-1972; IN COMMERCE 3-0-1972.

SER. NO. 506,519, FILED 10-31-1984.

LAURA ELLEN DAVIS, EXAMINING ATTORNEY



EXHIBIT A