Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 3,279,300
Registered Aug. 14, 2007

## TRADEMARK
PRINCIPAL REGISTER

# SIMULTANEOUS MULTI-FREQUENCY

ULTRASONIC POWER CORPORATION (ILLINOIS CORPORATION)
239 E. STEPHENSON STREET
FREEPORT, IL 610324213

FOR: ULTRASONIC CLEANING SYSTEMS COMPRISING ULTRASONIC GENERATORS, CLEANING TASKS, AND ULTRASONIC TRANSDUCERS, FOR INDUSTRIAL AND COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-15-1982; IN COMMERCE 10-15-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE MULTI-FREQUENCY, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-386,756, FILED 3-18-2004.

JOHN E. MICHOS, EXAMINING ATTORNEY

EXHIBIT C