# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## WESTERN DIVISION

CASE NO.: 07−C−50220

### AFFIDAVIT OF SERVICE

**ULTRASONIC POWER CORPORATION**

vs.

**CREST ULTRASONICS CORP. et al.**

_____/

STATE OF NEW JERSEY
COUNTY OF MERCER          ss.

I, **Ted Cordasco**, a competent adult, being duly sworn according to law, depose and say that at **02:55 pm** on **03/04/2008**, I served **CREST ULTRASONICS CORP.** at **SCOTCH ROAD AT MERCER COUNTY AIRPORT− PO BOX 7266, Trenton, NJ 08628** in the manner described below:

☐      Defendant(s) personally served.

☐      Adult family member with whom said Defendant(s) reside(s).
Relationship is _____.

☐      Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐      Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐      Agent or person in charge of Defendant's office or usual place of business.

☑      **WILLIAM H. CANE, VICE PRESIDENT, INDUSTRIAL SALES** an officer of said **Defendant's company.**

☐      Other:

a true and correct copy of **SUMMONS, COMPLAINT, NOTICE OF CLAIM INVOLVING TRADEMARK** issued in the above captioned matter.

Description:
**Sex: Male − Age: 50`S − Skin: White − Hair: Brown − Height: 6`1`` − Weight: 215**

Sworn to and subscribed before me on this
**5th** day of **March**, 20 **08**.

_Carmen L Molina_
NOTARY PUBLIC
**CARMEN L MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 2/13/2009**

X _Ted Cordasco_
Ted Cordasco
Certified Process Service LLC
P.O. Box 77251
West Trenton, NJ   08628
(609) 882-2063
Atty File#:  − Our File# 765

Law Firm: **REINHART BOERNER VAN DEUREN S. C.**
Address: **1000 NORTH WATER STREET, SUITE 2100, MILWAUKEE, WI, 53201**
Telephone: **(414) 298-1000**