UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

WESTERN DIVISION

CASE NO.: 07-C-50220

AFFIDAVIT OF SERVICE

ULTRASONIC POWER CORPORATION

vs.

CREST ULTRASONICS CORP. et al.

STATE OF NEW JERSEY
COUNTY OF MERCER     ss.

I, **Ted Cordasco**, a competent adult, being duly sworn according to law, depose and say that at **01:50:00** on **03/06/2008**, I served **CREST ULTRASONICS CORP.** at **SCOTCH ROAD AT MERCER COUNTY AIRPORT, PO BOX 7266, Trenton, NJ 08628** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☑ **WILLIAM H. CANE, VICE PRESIDENT, INDUSTRIAL SALES** an officer of said Defendant's company.

☐ Other:

a true and correct copy of **SUMMONS, AMENDED COMPLAINT WITH EXHIBITS AND DEMAND FOR JURY TRIAL** issued in the above captioned matter.

Description:
Sex: Male – Age: 50'S – Skin: White – Hair: Brown – Height: 6'1" – Weight: 215

Sworn to and subscribed before me on this 7th day of March, 2008.

CARMEN I. MOLINA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 2/13/2009

X _____
Ted Cordasco
Certified Process Service LLC
P.O. Box 77251
West Trenton, NJ 08628
(609) 882-2063
Atty File#:   – Our File# 775

Law Firm: REINHART BOERNER VAN DEUREN S. C.
Address: 1000 NORTH WATER STREET, SUITE 2100, MILWAUKEE, WI, 53201
Telephone: (414) 298-1000