UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ULTRASONIC POWER
CORPORATION,

                Plaintiff,

                v.                              Case No. 07-C-50220

CREST ULTRASONICS CORP.,

                Defendant.

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Plaintiff Ultrasonic Power Corporation, by its undersigned counsel, and Defendant Crest Ultrasonics Corp., by its attorneys, hereby stipulate and move the Court that the time for Defendant to answer or otherwise plead to the Complaint shall be extended to and include April 16, 2008.

Plaintiff's counsel represents that she has been authorized by Defendant's counsel, Stephen M. Everett of Kirkpatrick & Lockhart Preston Gates Ellis LLP, to submit this stipulation, motion and proposed order on behalf of all parties.

Dated this 24th day of March, 2008.

    /s/ Amy L. Lindner
David G. Hanson
Amy L. Lindner
Jeffery J. Makeever
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone:  414-298-1000
Facsimile:  414-298-8097
shansen@reinhartlaw.com

MW\1512485