UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ULTRASONIC POWER
CORPORATION,

                    Plaintiff,

                    v.                    Case No. 07-C-50220

CREST ULTRASONICS CORP.,

                    Defendant.

**PROPOSED ORDER BASED ON STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      Based upon the stipulation entered by counsel for Plaintiff Ultrasonic Power Corporation and Defendant Crest Ultrasonics Corporation, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended to April 16, 2008.

                    SO ORDERED this __ day of _____, 2008.

                    _____
                    Honorable P. Michael Mahoney

MW\1512492