# EXHIBIT A

506519

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

TRADEMARK EXAMINING OPERATION

APPLICATION FOR REGISTRATION ON THE PRINCIPAL REGISTER

MARK                     :   VIBRA-BAR

INTERNATIONAL CLASS      :   9

To the Commissioner of Patents:

    Name of Corporation      :   ULTRASONIC POWER CORPORATION

    Incorporated in          :   Illinois

    Business Address         :   Mercer County Airport
                                             Trenton, New Jersey 08628

    Situs of Corporation     :   Mercer County Airport
                                             Trenton, New Jersey 08628

The above-identified applicant has adopted and is using the mark shown in the accompanying drawing for TRANSDUCERS AND TANKS, BOTH FOR USE IN ULTRASONIC CLEANING SYSTEMS and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark was first used at least as early as March 1972 and was first used in interstate commerce at least as early as March 1972 and is now in use in such commerce.

The above mark is used on labels applied to the containers for the goods.

Five specimens showing the mark as used on said labels are presented herewith.

P0665 11/07/84 506519          19-3750 4 301          175.00CH

The undersigned, Robert F. Schnoes, declares that he is President of the applicant corporation, that said corporation is the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

ULTRASONIC POWER CORPORATION

_____
Robert F. Schnoes
President

Date: Oct. vv, 1984

MARK: VIBRA-BAR

INTERNATIONAL CLASS: 9

To the Commissioner of Patents and Trademarks:

ULTRASONIC POWER CORPORATION, hereby appoints Frederick A. Zoda, Registration No. 16,075, member of the Bar of the District of Columbia and John J. Kane, Registration No. 26,921, member of the Bar of New Jersey located at the following address: Suite D, One Highgate Drive, Trenton, New Jersey 08618, its attorneys with full power of substitution and revocation, to file and prosecute the above-identified application for registration, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

ULTRASONIC POWER CORPORATION

*[signature]*

Robert F. Schnoes
President

Date: Oct. __, 1984

F6 (NJ)

506519

## SPERRY, ZODA & KANE
PATENT ATTORNEYS
SUITE D
ONE HIGHGATE DRIVE
TRENTON, NEW JERSEY 08618-2098

FREDERICK A. ZODA
DISTRICT OF COLUMBIA BAR

JOHN J. KANE
NEW JERSEY BAR

OF COUNSEL
ALBERT SPERRY
NEW YORK BAR

TELEPHONE
882-7575
AREA CODE 609

CABLE
"SPERZO" TRENTON

October 29, 1984

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Re: Our File No: UPC-5

Dear Sir:

Enclosed herewith is an original application for trademark registration as follows:

Applicant : ULTRASONIC POWER CORPORATION

Trademark : VIBRA-BAR

together with five (5) specimens of the mark.

Please charge the filing fee of $175 and any additional fees to our deposit account No. 19-3750.

Very truly yours,

Frederick A. Zoda

FAZ:sam
Enclosure