# EXHIBIT B



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

| SERIAL NO. | APPLICANT | | 5. PAPER NO. |
|---|---|---|---|
| 73/506519 | ULTRASONIC POWER CORPORATION | | |
| MARK | | | Commissioner of Patents and Trademarks Washington, D.C. 20231 |
| VIBRA-BAR | | | |
| ADDRESS | | ACTION NO. | The address of all correspondence not containing fee payments should include the words "Box 5" |
| SPERRY, ZODA & KANE SUITE D ONE HIGHGATE DRIVE TRENTON, NEW JERSEY 08618-2098 | | 02 | |
| | | MAILING DATE | Please furnish the following in all correspondence: |
| | | 02/15/85 | 1. Your telephone number and zip code. 2. Mailing date of this action. 3. Examining Attorney's name and Law Office number. |
| FORM PTO-1525 (2-84) | U.S DEPT. OF COMM. PAT. & TM OFFICE | | |

### TRADEMARK INTERVIEW AND AMENDMENT RECORD

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | | |
|---|---|---|---|
| L. Davis | F Zoda | | ☐ APPLICANT ☒ ATTORNEY |
| ☐ PERSONAL INTERVIEW | ☒ PHONE CALL | INTERVIEW DATE: 2/5/85 | |
| CALL RECORD | | AREA CODE 609 | PHONE NUMBER 882-7575 |

1. ☐ **PRIORITY ACTION:** You have two months from the above mailing date to submit the items listed below for this case to be given priority as an amended case. If you do not respond within two months, a proper response still must be made within SIX MONTHS from the mailing date in order to avoid ABANDONMENT.

2. ☒ **EXAMINER'S AMENDMENT:** In accordance with the authorization granted by the above applicant or attorney, the application has been amended as noted below. No response is necessary unless you object to the amendment.

(1) The identification of goods clause is amended as follows: Ultrasonic cleaning system components, namely, transducers and tanks, in Class 9 (US 21).

(2) Vibra-Bar has no meaning in the trade, per applicant's attorney.

_Lamoelle Davis_     III     (703) 557-9560
Examining Attorney     Law Office     Phone

PTO-1398 (Rev. 1-83)     U.S. DEPARTMENT of COMMERCE-Patent and Trademark Office