# EXHIBIT C

# Trademark/Service Mark Application, Principal Register

Serial Number: 78386756
Filing Date: 03/18/2004

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | SIMULTANEOUS MULTI-FREQUENCY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | SIMULTANEOUS MULTI-FREQUENCY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Ultrasonic Power Corporation |
| STREET | 239 E. Stephenson Street |
| CITY | Freeport |
| STATE | IL |
| ZIP/POSTAL CODE | 61032-4213 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Illinois |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION | Ultrasonic cleaning systems comprising ultrasonic generators, cleaning tanks, and ultrasonic transducers, for industrial, laboratory use, and other applications |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/15/1982 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/15/1982 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9 \783\867\78386756\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Scanned label |
| **SIGNATURE SECTION** | |

| SIGNATURE | /jeffery j. makeever/ |
|---|---|
| SIGNATORY NAME | Jeffery J. Makeever |
| SIGNATORY DATE | 03/18/2004 |
| SIGNATORY POSITION | Attorney |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Jeffery J. Makeever |
| FIRM NAME | Leydig, Voit & Mayer, Ltd. |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 6815 Weaver Road |
| CITY | Rockford |
| STATE | IL |
| ZIP/POSTAL CODE | 61114-8018 |
| COUNTRY | USA |
| PHONE | 815-963-7661 |
| FAX | 815-963-7664 |
| EMAIL | jmakeever@leydig.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 502727 |
| OTHER APPOINTED ATTORNEY(S) | James B. Muskal, Charles S. Oslakovic, James D. Zalewa, Mark J. Liss, Lynn A. Sullivan, Tamara A. Miller, Andrew J. Heinisch, Jeffery J. Makeever, Anne E. Naffziger, Claudia W. Stangle, Kevin L. Wingate, Elizabeth C. Diskin, Lawrence E. Crowe |
| **CORRESPONDENCE SECTION** | |
| NAME | Jeffery J. Makeever |
| FIRM NAME | Leydig, Voit & Mayer, Ltd. |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 6815 Weaver Road |
| CITY | Rockford |
| STATE | IL |
| ZIP/POSTAL CODE | 61114-8018 |
| COUNTRY | USA |
| PHONE | 815-963-7661 |

| FAX | 815-963-7664 |
| --- | --- |
| EMAIL | jmakeever@leydig.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Mar 18 15:01:28 EST 2004 |
| TEAS STAMP | USPTO/BAS-6420022899-2004 0318150128873316-78386756 -200844eed9c50a750e039f48 330bac5c2d4-DA-53-2004031 8145723537213 |

## Trademark/Service Mark Application, Principal Register

Serial Number: 78386756
Filing Date: 03/18/2004

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of SIMULTANEOUS MULTI-FREQUENCY.
The applicant, Ultrasonic Power Corporation, a corporation of Illinois, residing at 239 E. Stephenson Street, Freeport, IL, USA, 61032-4213, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
    International Class 009: Ultrasonic cleaning systems comprising ultrasonic generators, cleaning tanks, and ultrasonic transducers, for industrial, laboratory use, and other applications
In International Class 009, the mark was first used at least as early as 10/15/1982, and first used in commerce at least as early as 10/15/1982, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Scanned label.
    Specimen - 1
The applicant hereby appoints Jeffery J. Makeever and James B. Muskal, Charles S. Oslakovic, James D. Zalewa, Mark J. Liss, Lynn A. Sullivan, Tamara A. Miller, Andrew J. Heinisch, Jeffery J. Makeever, Anne E. Naffziger, Claudia W. Stangle, Kevin L. Wingate, Elizabeth C. Diskin, Lawrence E. Crowe of Leydig, Voit & Mayer, Ltd., Suite 300, 6815 Weaver Road, Rockford, IL, USA, 61114-8018 to submit this application on behalf of the applicant. The attorney docket/reference number is 502727.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: jmakeever@leydig.com.
A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /jeffery j. makeever/   Date: 03/18/2004
Signatory's Name: Jeffery J. Makeever
Signatory's Position: Attorney
Mailing Address:
   Jeffery J. Makeever
   Suite 300
   6815 Weaver Road
   Rockford, IL 61114-8018
RAM Sale Number: 53
RAM Accounting Date: 03/19/2004
Serial Number: 78386756
Internet Transmission Date: Thu Mar 18 15:01:28 EST 2004
TEAS Stamp: USPTO/BAS-6420022899-20040318150128873316-78386756-200844eed9c50a750e039f48330bac5c2d4-DA-53-20040318145723537213

# SIMULTANEOUS MULTI-FREQUENCY

# SIMULTANEOUS MULTI - FREQUENCY™
## Ultrasonic Cleaning System

*Manufactured by*



ULTRASONICPOWER™ CORPORATION

FREEPORT, ILLINOIS 61032