# EXHIBIT F

| | |
|---|---|
| To: | Ultrasonic Power Corporation (jmakeever@leydig.com) |
| Subject: | TRADEMARK APPLICATION NO. 78386756 - SIMULTANEOUS MULTI-FREQUENCY - 502727 |
| Sent: | 10/1/04 9:44:46 AM |
| Sent As: | ECOM105@USPTO.GOV |
| Attachments: | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/386756

APPLICANT: Ultrasonic Power Corporation

***78386756***

CORRESPONDENT ADDRESS:
    Jeffery J. Makeever
    Leydig, Voit & Mayer, Ltd.
    Suite 300
    6815 Weaver Road
    Rockford, IL 61114-8018

RETURN ADDRESS:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

MARK: SIMULTANEOUS MULTI-FREQUENCY

CORRESPONDENT'S REFERENCE/DOCKET NO: 502727

CORRESPONDENT EMAIL ADDRESS:
    jmakeever@leydig.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 78/386756

In addition to all of the substantive issues and informalities raised in the Office Action dated 9/29/04, which are incorporated by reference herein, applicant must also correct the following issue. Please note that applicant must respond to all issues raised in this Office Action, as well as the previous Office Action of 9/29/04, within six (6) months of the

mailing date of this letter. If applicant does not respond within this time limit, the application will be abandoned.

**Identification of goods**

The identification of goods is unacceptable as indefinite. The applicant must amend the identification to specify the common commercial name of the goods. If there is no common commercial name, the applicant must describe the product and its intended uses. TMEP §1402.01.
The current description includes goods in more than one International Class.

The applicant may adopt the following identification of goods, if accurate:

**International Class 7**
Ultrasonic cleaning systems comprising ultrasonic generators, cleaning tanks, and ultrasonic transducers, for industrial and commercial use

**International Class 9**
Ultrasonic cleaning systems comprising ultrasonic generators, cleaning tanks, and ultrasonic transducers, for laboratory use.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any services that are not within the scope of the services recited in the present identification.

**Combined Applications**
Applicant must clarify the number of classes for which registration is sought. The submitted filing fees are insufficient to cover all the classes in the application. Specifically, the application identifies goods and/or services that are classified in at least 2 international classes, however applicant paid the fee for only 1 class(es).

Applicant must either: (1) restrict the application to the number of class(es) covered by the fee already paid, or (2) pay the required fee for each additional class(es). 37 C.F.R. §2.86(a)(2); TMEP §§810.01, 1401.04, 1401.04(b) and 1403.01.

If the applicant prosecutes this application as a combined, or multiple#class, application based on use in commerce under Trademark Act Section 1(a), 15 U.S.C. §1051(a), the applicant must comply with each of the following:

(1) The applicant must specifically identify the goods in each class and list the goods by international class with the classes listed in ascending numerical order. TMEP §1403.01.

(2) The applicant must submit a filing fee for each international class of goods/services not covered by the fee already paid. 37 C.F.R. §§2.6(a)(1) and 2.86(b); TMEP §§810.01 and 1403.01. Effective January 1, 2003, the fee for filing a trademark application is $335 for each class. This applies to classes added to pending applications as well as to new applications filed on or after that date.

(3) The applicant must submit:

    (a) dates of first use and first use in commerce and one specimen for each class that includes goods or services based on use in commerce under Trademark Act Section 1(a). The dates of use must be at least as early as the filing date of this application, 37 C.F.R. §§2.34(a)(1) and 2.86(a), and the specimen(s) must have been in use in commerce at least as early as the filing date of the application, and/or

    (b) a statement of a bona fide intention to use the mark in commerce on or in connection with all the goods or services specified in each class that includes goods or services based on a bona fide intention to use the mark in commerce under Trademark Act Section 1(b), where such statement was not included for the goods or services in the original application.

(4) The applicant must submit an affidavit or a declaration under 37 C.F.R. §2.20 signed by the applicant to verify (3) above. 37 C.F.R. §§2.59(a) and 2.71(c).

The following is a properly worded declaration under 37 C.F.R. §2.20. At the end of the response, the applicant should insert the declaration signed by a person authorized to sign under 37 C.F.R. §2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____

(Signature)

_____

(Print or Type Name and Position)

_____

(Date)

**NOTICE: TRADEMARK OPERATION RELOCATING OCTOBER AND NOVEMBER 2004**

The Trademark Operation is relocating to Alexandria, Virginia, in October and November 2004. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Applicants, registration owners, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at www.uspto.gov.

/John E. Michos/

Trademark Attorney

Law Office 105

(703) 308-9105 ext. 152

**How to respond to this Office Action:**

You may respond using the Office's Trademark Electronic Application System (TEAS) (visit http://www.uspto.gov/teas/index.html and follow the instructions therein), but you **must** wait until at least **72 hours** after receipt of the e-mailed office action. *PLEASE NOTE: For those with applications filed pursuant to Section 66(a) of the Trademark Act, all responses to Office actions that include amendments to the identifications of goods and/or services must be filed on paper, using regular mail (or hand delivery) to submit such response. TEAS cannot be used under these circumstances. If the response does **not** include an amendment to the goods and/or services, then TEAS can be used to respond to the Office action.*

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**