### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

```
-------------------------------------------------------x
ULTRASONIC POWER CORPORATION,        )
                                     )
         Plaintiff/Counterclaim Defendant, )   No.: 07-CV-50220
                                     )
     v.                              )         CREST ULTRASONICS
                                     )         CORPORATION'S
CREST ULTRASONICS CORPORATION,       )         RULE 7.1 STATEMENT
                                     )
         Defendant/Counterclaim Plaintiff. )
                                     )
-------------------------------------------------------x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim

Plaintiff, Crest Ultrasonic Corporation (a private non-governmental party), makes the following

disclosures:

1.    Crest Ultrasonic Corporation is a subsidiary of The Crest Group Inc.

2.    There is no publicly held corporation that owns 10% or more of Crest Ultrasonic

Corporation's stock.

Dated:    Chicago, Illinois                     Respectfully submitted,
          April 16, 2008
                                                By:

                                                Robert M. Newbury (Bar No. 2041065)
                                                Jonathan S. Jennings (Bar No. 6204474)
                                                J. Michael Monahan, II (Bar No. 25799)

                                                **PATTISHALL, MCAULIFFE,**
                                                **NEWBURY, HILLIARD & GERALDSON**
                                                **LLP**
                                                311 S. Wacker Drive
                                                Suite 5000
                                                Chicago, IL  60606
                                                Tel. (312) 554-8000
                                                Fax. (312) 554-8015
                                                Attorneys for Defendant/Counterclaim Plaintiff
                                                Crest Ultrasonics Corporation

# CERTIFICATE OF SERVICE

I hereby certify that a copy of **CREST ULTRASONICS CORPORATION'S RULE 7.1 STATEMENT** has been served upon counsel for Plaintiff, Ultrasonic Power Corporation, via electronic service and via First Class mail, postage prepaid, this 16th day of April, 2008, at the following addresses:

Amy L. Linder
Reinhart, Boerner, Van Deuren, Norris & Rieselbach, S.C.
1000 North Water Street
Suite 2100
Milwaukee, WI 53203-3400

William H. Dietrich
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 North Afard Street
Dallas, TX 75204