U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
ULTRASONIC POWER CORPORATION,
        Plaintiff,
   v.
CREST ULTRASONICS CORP.
        Defendant.

Case Number: 07-CV-50220

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CREST ULTRASONICS CORP.

| | |
|---|---|
| NAME (Type or print) <br> ROBERT M. NEWBURY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Robert M. Newbury | |
| FIRM <br> Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP | |
| STREET ADDRESS <br> 311 S. Wacker Drive, Suite 5000 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2041065 | TELEPHONE NUMBER <br> (312) 554-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |