# EXHIBIT B

| | |
|---|---|
| Home | **SPERRY, ZODA & KANE** |
| | One Highgate Drive, Suite D, Trenton, New Jersey 08618-2098 |
| | Telephone: 609-882-7575 Cable Address: "Sperzo" Fax: 609-882-5815 |
| Firm Overview | johnjkane.com |

*Full Legal Services on All Patents, Trademark and Copyright Matters*

Attorney Profile

Offices

Directions



 This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.