## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| ULTRASONIC POWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CREST ULTRASONICS CORP.,<br><br>Defendant. | CIVIL ACTION NO. 07-CV-50220<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |

### NOTICE OF MOTION

TO:   Ultrasonic Power Corporation
      through their counsel of record,
      Amy L. Linder
      Reinhart, Boerner, Van Deuren, Norris & Rieselbach, S.C.
      1000 North Water Street
      Suite 2100
      Milwaukee, WI 53203-3400

      William H. Dietrich
      Munsch Hardt Kopf & Harr, PC
      3800 Lincoln Plaza
      500 North Afard Street
      Dallas, TX 75204

PLEASE TAKE NOTICE that on Friday, April 25, 2008, at 8:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kapala, or the presiding judge sitting in his stead, in the Courtroom usually occupied by him, Room 220 of the United States District Court for the Northern District of Illinois, 211 South Court Street, Rockford, Illinois 61101, to present the **MOTION TO TRANSFER VENUE** pursuant to 28 U.S.C. § 1404(a), a copy of which is attached and hereby served upon you.

Dated: April 18, 2008

Respectfully submitted,

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

By: _____
Robert M. Newbury (Bar No. 2041065)
Jonathan S. Jennings (Bar No. 6204474)
J. Michael Monahan, II (Bar No. 25799)
PATTISHALL, MCAULIFFE,
NEWBURY, HILLIARD & GERALDSON LLP
311 S. Wacker Drive
Suite 5000
Chicago, IL 60606
Tel. 312) 554-8000
Fax. (312) 554-8015
Attorneys for Defendant/Counterclaim Plaintiff
Crest Ultrasonics Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the NOTICE OF MOTION has been served upon counsel for Plaintiff, Ultrasonic Power Corporation, via electronic service and via First Class mail, postage prepaid, this 18th day of April, 2008, at the following addresses:

Amy L. Linder
Reinhart, Boerner, Van Deuren, Norris & Rieselbach, S.C.
1000 North Water Street
Suite 2100
Milwaukee, WI 53203-3400

William H. Dietrich
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 North Afard Street
Dallas, TX 75204

_____
J. Michael Monahan