UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ULTRASONIC POWER CORPORATION, | CIVIL ACTION NO. 07-CV-50220 |
| Plaintiff, | Judge Frederick J. Kapala |
| v. | Magistrate Judge P. Michael Mahoney |
| CREST ULTRASONICS CORP., | |
| Defendant. | |

## AMENDED NOTICE OF MOTION

TO:  Ultrasonic Power Corporation
through their counsel of record,

    Amy L. Linder
    Reinhart, Boerner, Van Deuren,
    Norris & Rieselbach, S.C.
    1000 North Water Street
    Suite 2100
    Milwaukee, WI 53203-3400

    William H. Dietrich
    Munsch Hardt Kopf & Harr, PC
    3800 Lincoln Plaza
    500 North Akard Street
    Dallas, TX 75204

PLEASE TAKE NOTICE that on Wednesday, April 30, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Mahoney, or the presiding judge sitting in his stead, in the Courtroom usually occupied by him, Room 206 of the United States District Court for the Northern District of Illinois, 211 South Court Street, Rockford, Illinois 61101, to present the **MOTION TO TRANSFER VENUE** pursuant to 28 U.S.C. § 1404(a), a copy of which is attached and hereby served upon you.

Dated:  April 21, 2008  Respectfully submitted,

PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

By: __/s/ J. Michael Monahan_____
Robert M. Newbury (Bar No. 2041065)
Jonathan S. Jennings (Bar No. 6204474)
J. Michael Monahan, II (Bar No. 25799)
PATTISHALL, MCAULIFFE,
NEWBURY, HILLIARD & GERALDSON LLP
311 S. Wacker Drive
Suite 5000
Chicago, IL  60606
Tel. 312) 554-8000
Fax. (312) 554-8015
Attorneys for Defendant/Counterclaim Plaintiff
Crest Ultrasonics Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the AMENDED NOTICE OF MOTION has been served upon counsel for Plaintiff, Ultrasonic Power Corporation, via electronic service and via First Class Mail, postage prepaid, this 21st day of April, 2008, at the following addresses:

Amy L. Linder
Reinhart, Boerner, Van Deuren, Norris & Rieselbach, S.C.
1000 North Water Street
Suite 2100
Milwaukee, WI 53203-3400

William H. Dietrich
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75204

          /s/ Phil Barengolts
          Phillip Barengolts