**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ULTRASONIC POWER CORPORATION,<br>        Plaintiff,<br>    v.<br>CREST ULTRASONICS CORP.,<br>        Defendant. | Case Number: 07-CV-50220 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CREST ULTRASONICS CORP.

| |
|---|
| NAME (Type or print)<br>JONATHAN S. JENNINGS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/Jonathan S. Jennings |
| FIRM<br>Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP |
| STREET ADDRESS<br>311 S. Wacker Drive, Suite 5000 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204474 | TELEPHONE NUMBER<br>(312) 554 - 8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |