UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ULTRASONIC POWER
CORPORATION,

                Plaintiff,

                v.                 Case No. 07-C-50220

CREST ULTRASONICS CORP.,

                Defendant.

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S COUNTERCLAIM**

      Plaintiff, Ultrasonic Power Corporation, by its undersigned counsel, and Defendant, Crest Ultrasonics Corp., by its attorneys, hereby stipulate and move the Court that the time for Plaintiff to answer or otherwise plead to Defendant's Counterclaim shall be extended to and include May 12, 2008.

      Plaintiff's counsel represents that she has been authorized by Defendant's counsel, J. Michael Monahan, II of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, to submit this stipulation and proposed order on behalf of all parties.

Dated this 5th day of May, 2008.

/s/ Amy L. Lindner
David G. Hanson
Jeffery J. Makeever
Amy L. Lindner
Attorneys for Plaintiff
Ultrasonic Power Corporation
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
Telephone:  414-298-1000
Facsimile:  414-298-8097
shansen@reinhartlaw.com

REINHART\2305505

2