UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---

ULTRASONIC POWER
CORPORATION,

                Plaintiff,

                v.                Case No. 07-C-50220

CREST ULTRASONICS CORP.,

                Defendant.

---

**PROPOSED ORDER BASED ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM**

---

      Based upon the stipulation entered by counsel for Plaintiff, Ultrasonic Power Corporation, and Defendant, Crest Ultrasonics Corp., Plaintiff's deadline to answer or otherwise respond to Defendant's Counterclaim is extended to May 12, 2008.

                SO ORDERED this __ day of May, 2008.


                _____
                Honorable P. Michael Mahoney