# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50220 | **DATE** | 5/12/2008 |
| **CASE TITLE** | ULTRASONIC vs. CREST | | |

**DOCKET ENTRY TEXT:**

Defendant's applications for Frank Politano and Mark Marino to appear pro hac vice are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|