UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ULTRASONIC POWER
CORPORATION,

           Plaintiff,

           v.                                        Case No. 07-C-50220

CREST ULTRASONICS CORP.,

           Defendant.

## DECLARATION OF ROBERT F. SCHNOES

State of Illinois    )
                         : SS
Stephenson County   )

    Robert F. Schnoes, being first sworn on oath, states that:

    1.    I am the Vice Chairman of Ultrasonic Power Corporation ("UPC Illinois").

    2.    UPC Illinois maintains all of its documents, including records relating to the procurement and usage of its federally registered trademarks in its Freeport, Illinois office.

    3.    As are other UPC Illinois witnesses with relevant information about UPC's trademarks and trademark usage, I am located in Northern Illinois.

    4.    When UPC Illinois retained Attorney Zoda to assist us with procuring our federally registered trademarks, we did so with the understanding

2

that our communications with him were privileged.  We have not waived the attorney-client privilege between UPC Illinois and Attorney Zoda.

     5.     As of today's date, Crest's website, http://www.crest-ultrasonics.com/about_crest.htm, asserts that Crest conducts more than $100 million in sales each year.  This is several times larger than UPC Illinois.

                                            s/ Robert F. Schnoes

REINHART\2315757