UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ULTRASONIC POWER
CORPORATION,

         Plaintiff,

         v.                    Case No. 07-C-50220

CREST ULTRASONICS CORP.,

         Defendant.

### DECLARATION OF AMY L. LINDNER

State of Wisconsin    )
                               : SS
Milwaukee County    )

      Amy L. Lindner, being first sworn on oath, states that:

      1.     I am an attorney at Reinhart Boerner Van Deuren s.c. and one of the attorneys authorized to appear on behalf of Ultrasonic Power Corporation in this matter.

      2.     As of May 14, 2008, Crest Ultrasonics Corporation's website lists a sales office with a (630) area code.  *See* http://www.crest-ultrasonics.com/global_support.htm.

                                                          s/Amy L. Lindner

MW/2317307