UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Ultrasonic Power Corporation
                Plaintiff,

v.                                  Case No.: 3:07−cv−50220
                                  Honorable Frederick J. Kapala

Crest Ultrasonics Corp
                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 17, 2008:

        MINUTE entry before the Honorable P. Michael Mahoney:Settlement conference held on 6/17/2008. Telephonic Settlement Conference set for 7/8/2008 at 09:30 AM. (glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.