IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ULTRASONIC POWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CREST ULTRASONICS CORP.,<br><br>Defendant. | CIVIL ACTION NO. 07-CV-50220<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |

**UNOPPOSED MOTION FOR LEAVE
<u>TO WITHDRAW AS COUNSEL</u>**

NOW COME Frank L. Politano and Mark D. Marino of Kirkpatrick & Lockhart Preston Gates Ellis, LLP ("K&L Gates"), and Robert M. Newbury, Jonathan S. Jennings and J. Michael Monahan, of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP ("Pattishall"), to move to withdraw as counsel for Defendant, Crest Ultrasonics Corp. ("Crest"). In support of this motion, counsel state as follows:

1. On or about June 18, 2008, Crest terminated its engagement of K&L Gates as counsel in this litigation.

2. On or about July 7, 2008, Crest terminated its engagement of Pattishall as counsel in this litigation.

3. On or about July 9, 2008, the undersigned counsel conferred with Amy L. Lindner, counsel for Ultrasonics Power Corporation, and confirmed that there is no opposition to this motion.

4. Crest has not yet identified new counsel to serve in the place of K&L Gates and/or Pattishall. The undersigned counsel submit that any orders, pleadings or other papers to

be served in this matter be directed to the J. Michael Goodson, Crest's Chief Executive Officer, at the following address:

> J. Michael Goodson
> Chief Executive Officer
> Crest Ultrasonics Corp.
> Scotch Road
> At Trenton-Mercer Airport
> Trenton, New Jersey 08628

For the foregoing reasons, the undersigned counsel respectfully submit that withdrawal is appropriate and ask that the Court grant them leave to withdraw in accordance with Local Rule 83.17.

Dated: July 10, 2008

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

By: /s/
Robert M. Newbury
Jonathan Jennings
J. Michael Monahan
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

and

Frank L. Politano (*pro hac vice*)
Mark D. Marino (*pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS, LLP
One Newark Center
10th Floor
Newark, New Jersey 07102
(973) 848-4000

Attorneys for Defendant,
Crest Ultrasonics Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** has been served upon counsel for Plaintiff, Ultrasonic Power Corporation, via electronic service and via First Class mail, postage prepaid, this 10th day of July, 2008, at the following address:

>   Amy L. Lindner
>   Reinhart, Boerner, Van Deuren, Norris & Rieselbach, S.C.
>   1000 North Water Street
>   Suite 2100
>   Milwaukee, WI 53203-3400

and upon Crest Ultrasonics Corp. via First Class mail, postage prepaid, this 10th day of July, 2008, at the following address:

>   J. Michael Goodson
>   Chief Executive Officer
>   Crest Ultrasonics Corp.
>   Scotch Road
>   At Trenton-Mercer Airport
>   Trenton, New Jersey 08628

_____
Jonathan Jennings