## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50220 | **DATE** | 7/21/2008 |
| **CASE TITLE** | ULTRASONIC vs. CREST | | |

**DOCKET ENTRY TEXT:**

Crest Ultrasonic's unopposed motion for F. Politano, M. Marino, J. Jennings J. Monahan, and R. Newbury to withdraw as counsel of record is granted. Crest Ultrasonic given to August 6, 2008 to retain counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|