UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Ultrasonic Power Corporation,<br>an Illinois corporation, | )<br>)<br>) Case No. 07-CV-50220 |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| Crest Ultrasonics Corp.,<br>a New Jersey corporation, | )<br>)<br>) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To:   Clerk of Court
      United States District Court
      Northern District of Illinois
      Western Division
      211 South Court Street
      Rockford, IL 61101

   PLEASE TAKE NOTICE that I will be one of the attorneys appearing for Plaintiff Ultrasonic Power Corporation in this action. I request that copies of all notices and other papers in this action also be served upon me at the address below.

   Dated this 21st day of July, 2008.

                     Respectfully submitted,

                     By   s/ David G. Hanson
                          Reinhart Boerner Van Deuren s.c.
                          1000 North Water Street, Suite 2100
                          Milwaukee, WI 53202
                          Telephone: (414) 298-1000
                          dhanson@reinhartlaw.com
                          Attorneys for Plaintiff
                          Ultrasonic Power Corporation