UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Ultrasonic Power Corporation
                        Plaintiff,

v.                                    Case No.: 3:07−cv−50220
                                          Honorable Frederick J. Kapala

Crest Ultrasonics Corp
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Discovery hearing held on 8/6/2008. No counsel appears for defendants. Defendants are given to 8/19/08 to retain counsel. Discovery Hearing set for 8/20/2008 at 01:30 PM. Counsel for defendants to appear. If no counsel appears, it will be the Report and Recommendation of the Magistrate Judge that a default be entered. A copy of this order is being sent to Robin Kay Lord, 210 South Broad Street, Ste. B, Trenton, NJ 08608. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.