*The Law Offices of*
# ROBIN KAY LORD, LLC

ROBIN KAY LORD, ESQ.
Member NJ Bar

OF COUNSEL
RICHARD W. BERG, ESQ.
Member NJ Bar

CLIFFORD D. BIDLINGMAIER
Member NJ & PA Bars

210 SOUTH BROAD STREET
SUITE B
TRENTON, NJ 08608
(609) 393-4499
FAX (609) 393-0411

August 5, 2008

VIA FACSIMILE ONLY TO: 815-987-4291
Honorable P. Michael Mahoney
United States Courthouse
211 South Court Street
Courtroom 206, Chambers 204
Rockford, Illinois 61101

FILED
AUG 0 6 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

Re: **Ultrasonics Power Corporation v. Crest Ultrasonics Corp.**
Case No.: 07 CV 50220

Dear Judge Mahoney:

I write in response to counsel for the Plaintiff's letter to you dated today objecting to the defendant's request for a short adjournment to obtain counsel. There are two issues counsel addresses in which I believe need clarifying.

First, counsel writes, "inexplicably Attorney Lord refused [to allow the parties to appear by phone]." There is nothing inexplicable about it. As I explained to Ms. Lynder as well as to Your Honor in my previous letter, Mr. Goodson is currently overseas and unable to either appear in person or by phone. As I also explained, I cannot appear on the phone because I am not licensed in Illinois and have contacted counsel and the court as a courtesy to my New Jersey client. He has been attempting to obtain new counsel, but his current location has hampered his present ability to do same. A short adjournment would allow the defendant to finalize retaining counsel in this matter, with quite frankly no identifiable prejudice to the Plaintiff.

Second, counsel writes, "UPC will seek its fees and costs in this regrettably fruitless exercise." I contacted your chambers this morning requesting the adjournment on behalf of the defendant. I was told by your staff that if Ms. Lynder consented, the request would be granted. Accordingly, it would appear that the only reason the "exercise" will be "fruitless" for Plaintiff's counsel is because she refused to consent to this short adjournment. I ask that Your Honor take that into consideration should counsel make any such application.

Respectfully submitted,

Robin Kay Lord

RKL/dn
cc: Amy Lindner, Esquire (VIA FACSIMILE ONLY TO: 414-298-8097)
Michael Goodson