reinhartlaw.com



August 5, 2008

Amy L. Lindner
Direct Dial: 414-298-8376
alindner@reinhartlaw.com

SENT BY FACSIMILE AND
FIRST CLASS MAIL

Honorable P. Michael Mahoney
United States District Court
Northern District of Illinois
Western Division
211 South Court Street
Rockford, IL 61101

**FILED**
AUG 06 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

Dear Judge Mahoney:

Re: Ultrasonic Power Corporation v. Crest
Ultrasonics Corp.
Case No. 07-CV-50220

We received a copy of the letter sent to you this afternoon by Attorney Robin Lord on behalf of Crest Ultrasonics Corporation. UPC objects to the unilateral request by Crest to further delay this case. Crest makes this request at the 11th hour, and has explained neither why it delayed nor how it has tried to retain counsel in the weeks since former counsel withdrew.

In an effort to lessen the burden of tomorrow's hearing, UPC offered a simple solution of allowing the parties to appear by phone at 11:15. Inexplicably, Attorney Lord refused. UPC remains willing to appear by phone, but absent any direction from the Court, it will appear in person at 1:30.

Of course, UPC will seek its fees and costs in this regrettably fruitless exercise.

Yours very truly,

Amy L. Lindner

cc   Attorney Robin Lord (via e-mail)
     Michael Goodson (via e-mail)

REINHART\2416402

P.O. Box 2965, Milwaukee, WI 53201-2965 · 1000 North Water Street, Suite 2100, Milwaukee, WI 53202
Telephone: 414-298-1000 · Facsimile: 414-298-8097 · Toll Free: 800-553-6215

Madison, WI · Telephone: 608-229-2200 · Toll Free: 800-728-6239
Waukesha, WI · Telephone: 262-951-4500 · Toll Free: 800-928-5529
Rockford, IL · Telephone: 815-633-5300 · Toll Free: 800-840-5420