*The Law Offices of*
# ROBIN KAY LORD, LLC

ROBIN KAY LORD, ESQ.
Member NJ Bar

OF COUNSEL
RICHARD W. BERG, ESQ.
Member NJ Bar

CLIFFORD D. BIDLINGMAIER
Member NJ & PA Bars

210 SOUTH BROAD STREET
SUITE B
TRENTON, NJ 08608
(609) 393-4499
FAX (609) 393-0411

August 5, 2008

**FILED**
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court
AUG 0 6 2008

VIA FACSIMILE ONLY TO: 815-987-4291
Honorable P. Michael Mahoney
United States Courthouse
211 South Court Street
Courtroom 206, Chambers 204
Rockford, Illinois 61101

Re: Ultrasonics Power Corporation v. Crest Ultrasonics Corp.
Case No.: 07 CV 50220

Dear Judge Mahoney:

I understand the above matter is scheduled for a discovery hearing tomorrow at 1:30 p.m. For the following reasons we are respectfully requesting that this matter be adjourned for two weeks to allow Mr. Goodson the opportunity to retain other counsel or if not, intelligently decide to represent himself as he is a non-practicing attorney and has intimate knowledge of this ongoing dispute between the plaintiff and defendant that spans close to 40 years.

On July 21, 2008 you relieved J. Michael Monahan, II of counsel in the above matter. Since that time Mr. Goodson has been making an effort to find new counsel but unfortunately has been overseas for most of that period. While I am counsel for the defendant in New Jersey on unrelated matters, I am not licensed in Illinois and as such, it is not my intention by way of this letter to enter my appearance on behalf of the defendant.

Since it appears that this out of state defendant has only had two weeks to retain counsel in a complicated matter, I do not believe that it would be unreasonable to ask for an additional two weeks at this time. Your Honor should be aware that I have spoken to Amy Lindner, counsel for the plaintiff, and she objects to this request.

Respectfully submitted,

Robin Kay Lord

RKL/dn
cc: Amy Lindner, Esquire (VIA FACSIMILE ONLY TO: 414-298-8097)
    Michael Goodson