# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Ultrasonic Power Corporation

v.

Crest Ultrasonics Corporation

Case Number: 07 CV 50220

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Crest Ultrasonics Corporation

| | |
|---|---|
| NAME (Type or print)<br>Michael Dockterman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael Dockterman | |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS<br>225 West Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3121675 | TELEPHONE NUMBER<br>312-201-2652 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |